UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KAEMAR WILSON,

Defendant.

No. 18-cr-373-15 (RJS)
ORDER



RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the sentencing currently scheduled to be held on Thursday, December 19, 2019 at 3:00 p.m. in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, shall now be held in Courtroom 24A of the same courthouse.

SO ORDERED.

Dated:   December 17, 2019
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation